UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY M. PAGE,

    Plaintiff,

v.                                                                                  Case No. 1:20-cv-581
                                                                                Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED**.

Dated:  September 28, 2021                                     /s/ Ray Kent
                                                                                United States Magistrate Judge